IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Calvin Barton, Brian Brownlee, Shamika Cureton, LaToya Jamison, Lisa Jamison, Terrance Johnson, Kelly Pardue, Pauline Warren, Quashonda Chapman, Billy Harris, Natasha Atkinson, Anna Edens, Stacey Johnson, Sherry Peralta, Constance Neal, Shirley Baisey, Antonio Miller, Teresa Harris, Pamela Vaughn, and Jorge Castellanos,<br><br>PLAINTIFFS,<br><br>vs.<br><br>House of Raeford Farms, Inc. d/b/a Columbia Farms,<br><br>DEFENDANT. | CASE NO.: 6:09-cv-1901-HFF<br><br><br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFFS BRIAN BROWNLEE AND TERESA HARRIS** |

The parties to this action have filed a Consent Motion indicating named Plaintiffs Brian Brownlee and Teresa Harris shall be dismissed from this action. The Consent Motion is based on the fact that Brian Brownlee has failed to attend his deposition which has been scheduled twice in this matter. Plaintiff Teresa Harris' whereabouts are unknown despite her counsel's attempts to contact her. An order is needed to properly reflect dismissal of Brian Brownlee and Teresa Harris. The Court finds that good cause has been shown, and an order reflecting such should be entered in the case.

THEREFORE, IT IS ORDERED that Plaintiffs Brian Brownlee and Teresa Harris be dismissed from this action and hereafter all pleadings should reflect this change.

                                              s/Henry F. Floyd
                                              The Honorable Henry F. Floyd
                                              United States District Judge

March 25, 2010
Spartanburg, South Carolina