IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Natasha Atkinson, Shirley Baisey, Calvin Barton, | ) | |
| Denise Blackwell, Brian Brownlee, | ) | |
| Jorge Catellanos, Quashonda Chapman, | ) | |
| Shamika Cureton, Anna Edens, Billy Harris, | ) | |
| Teresa Harris, Joseph Hopkins, LaToya Jamison, | ) | |
| Lisa Jamison, Stacey Johnson, Terrance Johnson, | ) | |
| Antonio Miller, Constance Neal, Kelly Pardue, | ) | |
| Sherry Peralta, Pamela Vaughn and | ) | |
| Pauline Warren, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 6:09-cv-01901-JMC |
| | ) | |
| v. | ) | |
| | ) | |
| House of Raeford Farms, Inc. d/b/a | ) | |
| Columbia Farms, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| Tawana Blandin, Teresa Calixto, Elodia Carrera, | ) | |
| Ernadid Garribo Castillo, Lorena Castillo Corrale, | ) | |
| Natalie Dorantes, Samantha Earle, | ) | |
| Ruffina Felipe, Maria Domingo Gomez, | ) | |
| Silvia Hernandez, Shiren Johnson, | ) | |
| Luciano Hernandez Lemos, | ) | |
| Mateo Francisco Lorenzo and Angel Rodriguez, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 6:09-cv-03137-JMC |
| | ) | |
| v. | ) | |
| | ) | |
| House of Raeford Farms, Inc. d/b/a | ) | |
| Columbia Farms, | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | |
|---|---|
| Jackie Bland, Tamortha Bruster, Myrtle Bryson, Antonio Burts, and Steven Case, | ) ) ) |
| Plaintiffs, | ) ) Civil Action No.: 6:10-cv-00928-JMC |
| v. | ) ) ) |
| House of Raeford Farms, Inc. d/b/a Columbia Farms, | ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**[X]   Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[X]   Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.  Plaintiffs Denise Blackwell, Brian Brownlee, Joseph Hopkins, Jorge Castellanos, Teresa Harris, Tawana Blandin, Teresa Calixto, Elodia Carrera, Ernadid Garribo Castillo, Lorena Castillo Corrale, Natalie Dorantes, Ruffina Felipe, Maria Domingo Gomez, Silvia Hernandez, Luciano Hernandez Lemos, Mateo Francisco Lorenzo and Angel Rodriguez having been previously dismissed, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiffs Natasha Atkinson, Calvin Barton, Shirley Baisey, Lisa Jamison, Terrance Johnson, Sheri Peralta, Anna Edens, Pamela Vaughn, Samatha Earle Ott, Shiren Johnson, Shamika Cureton, Quashonda Chapman, LaToya Jamison, Antonio Miller, Constance Neal, Kelly Pardue, Pauline Warren, Tamortha Bruster, Steven Case and Billy Harris recover of the defendant, House of Raeford Farms Inc as follows:

| PLAINTIFF | JURY | BENCH | TOTAL |
|---|---|---|---|
| Natasha Atkinson | $1,982.00 | $28,234.80 | $30,216.80 |
| Calvin Barton | $2,269.00 | --- | $2,269.00 |
| Shirley Baisey | $1,175.00 | $1076.18 | $2,251.18 |
| Lisa Jamison | $440.00 | --- | $440.00 |
| Terrance Johnson | $53.00 | --- | $53.00 |

| PLAINTIFF | JURY | BENCH | TOTAL |
| --- | --- | --- | --- |
| Sheri Peralta | $1,646.00 | --- | $1,646.00 |
| Anna Edens | $1,044.00 | $55,331.10 | $56,375.10 |
| Pamela Vaughn | $1,511.00 | --- | $1511.00 |
| Samatha Earle Ott | $0.00 | --- | $0.00 |
| Shiren Johnson | $155.00 | --- | $155.00 |
| Shamika Cureton | $2,438.00 | --- | $2,438.00 |
| Quashonda Chapman | $1,417.00 | --- | $1,417.00 |
| LaToya Jamison | $117.00 | --- | $117.00 |
| Antonio Miller | $166.00 | --- | $166.00 |
| Constance Neal | $333.00 | --- | $333.00 |
| Kelly Pardue | $1,243.00 | --- | $1,243.00 |
| Pauline Warren | $594.00 | --- | $594.02 |
| Tamortha Bruster | --- | $10,737.39 | $10,737.39 |
| Steven Case | --- | $15,752.40 | $15,752.40 |
| Billy Harris | --- | $20,610.00 | $20,610.00 |

plus post judgment interest at a rate of .18% as provided by law and the costs of this action. It is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs Shiren Johnson, Anna Edens, Natasha Atkinson, Shirley Baisey, and Lisa Jamison are entitled to reinstatement of their former employment conditioned upon their ability to perform. The court finds and concludes that Defendant House of Raeford Farms, Inc. d/b/a Columbia Farms did not violate Section 41-1-80 in its termination from employment of Plaintiffs Jackie Bland, Antonio Burts, Samantha Earle, Stacey Johnson, Terrance Johnson, Sherry Peralta, and Pamela Vaughn. It is further

**ORDERED, ADJUDGED AND DECREED** that summary judgment is entered in favor of defendant House of Raeford Farms, Inc. as to plaintiff Myrtle Bryson.

                                              LARRY W. PROPES, Clerk

                                              By *Amanda F. Williams*
                                                   Deputy Clerk

June 15, 2012