**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **CALVIN BARTON, et al.,** | : | |
| | : | |
| PLAINTIFFS, | : | |
| | : | |
| VS. | : | CASE NO.: 6:09-CV-1901-JMC |
| | : | |
| **HOUSE OF RAEFORD FARMS, INC.** **d/b/a COLUMBIA FARMS,** | : | |
| | : | |
| DEFENDANT. | : | |
| | : | |
| **TAWANA BLANDIN, et al.,** | : | |
| | : | |
| PLAINTIFFS, | : | |
| | : | |
| VS. | : | CASE NO.: 6:09-CV-3137- JMC |
| | : | |
| **HOUSE OF RAEFORD FARMS, INC.** **d/b/a COLUMBIA FARMS,** | : | |
| | : | |
| DEFENDANT. | : | |
| | : | |
| **JACKIE BLAND, et al.,** | : | |
| | : | |
| PLAINTIFFS, | : | |
| | : | |
| VS. | : | CASE NO. 6:10-CV-00928- JMC |
| | : | |
| **HOUSE OF RAEFORD FARMS, INC.** **d/b/a COLUMBIA FARMS,** | : | |
| | : | |
| DEFENDANT. | : | |

**<u>DEFENDANT'S NOTICE OF APPEAL</u>**

Notice is hereby given that House of Raeford Farms, Inc., d/b/a Columbia Farms (Appellant) in the above named cases does hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Amended Final Judgment entered in these actions on the 17th of July, 2012 (Document 173 in Case No. 6:09-CV-1901-JMC, Document 139 in Case No. 6:09-CV-3137-JMC, and Document 72 in Case No. 6:10-CV-00928-JMC.)  It is the intent of Appellant to also appeal all prior interlocutory orders supporting the Amended Final Judgment in these cases, as well as the original judgment entered November 22, 2011 (Document 156 in Case No. 6:09-CV-1901-JMC, and Document 139 in Case No. 6:09-CV-3137- JMC) and the Order Granting Motion for Attorneys' Fees entered July 18, 2012 in these cases (Document 174 in Case No. 6:09-CV-1901-JMC and Document 140 in Case No. Case No. 6:09-CV-3137- JMC.)

Respectfully submitted this the 1st day of August, 2012.

|  |  |
|---|---|
|  | **WIMBERLY, LAWSON, DANIELS & FISHER, LLC** |
| 109 Laurens Road, Building 4A<br>Greenville, South Carolina 29607<br>(864) 242-9484<br>(864) 242-6833 facsimile<br>mldjr@wldf-law.com | /s/ M. Lee Daniels, Jr.<br>M. Lee Daniels, Jr.<br>SC Bar No.: 413<br><br>**RULE 83.I.1 LOCAL COUNSEL FOR DEFENDANT** |
|  | **WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.** |
| Suite 400, Lenox Towers<br>3400 Peachtree Road, N.E.<br>Atlanta, Georgia 30326<br>(404) 365-0900<br>(404) 261-3707 facsimile<br>jls@wimlaw.com<br>po@wimlaw.com | J. Larry Stine<br>Ga. Bar No.: 682555<br>Paul Oliver<br>Ga. Bar No. 552375<br><br>**LEAD COUNSEL FOR DEFENDANT**<br>*Pro Hac Vice* |