FILED: April 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1943 (L)
(6:09-cv-01901-JMC)

_____

CALVIN BARTON; SHAMIKA CURETON; LATOYA JAMISON; LISA JAMISON; TERRANCE JOHNSON; KELLY PARDUE; PAULINE WARREN; ANNA EDENS; ANTONIO MILLER; STACEY JOHNSON; SHERRY PERALTA; NATASHA ATKINSON; PAMELA VAUGHN; QUASHONDA CHAPMAN; SHIRLEY BAISEY; BILLY HARRIS; CONSTANCE NEAL

   Plaintiffs - Appellees

 and

JORGE CASTELLANOS; DENISE BLACKWELL; BRIAN BROWNLEE; JOSEPH HOPKINS; TERESA HARRIS

   Plaintiffs

v.

HOUSE OF RAEFORD FARMS, INCORPORATED, d/b/a Columbia Farms, Incorporated

   Defendant - Appellant

_____

No. 12-1945
(6:09-cv-03137-JMC)

_____

SHIREN JOHNSON; SAMANTHA EARL

  Plaintiffs - Appellees

 and

TAWANA BLANDIN; TERESA CALIXTO; ELODIA CARRERA; ERNADID GARRIBO CASTILLO; LORENA CASTILLO CORRALE; NATALIE DORANTES; RUFFINA FELIPE; MARIA DOMINGO GOMEZ; SILVIA HERNANDEZ; LUCIANO HERNANDEZ LEMOS; MATEO FRANCISCO LORENZO; ANGEL RODRIGUEZ

  Plaintiffs

v.

HOUSE OF RAEFORD FARMS, INCORPORATED, d/b/a Columbia Farms, Incorporated

  Defendant - Appellant

_____

No. 12-1946
(6:10-cv-00928-JMC)

_____

JACKIE BLAND; TAMORTHA BRUSTER; MYRTLE BRYSON; ANTONIO BURTS, a/k/a Antonio Burch; STEVEN CASE

  Plaintiffs - Appellees

v.

HOUSE OF RAEFORD FARMS, INCORPORATED, d/b/a Columbia Farms, Incorporated

  Defendant - Appellant

_____

## MANDATE

_____

The judgment of this court, entered March 11, 2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*