FILED: March 11, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1943 (L)
(6:09-cv-01901-JMC)

_____

CALVIN BARTON; SHAMIKA CURETON; LATOYA JAMISON; LISA
JAMISON; TERRANCE JOHNSON; KELLY PARDUE; PAULINE WARREN;
ANNA EDENS; ANTONIO MILLER; STACEY JOHNSON; SHERRY
PERALTA; NATASHA ATKINSON; PAMELA VAUGHN; QUASHONDA
CHAPMAN; SHIRLEY BAISEY; BILLY HARRIS; CONSTANCE NEAL

          Plaintiffs - Appellees

 and

JORGE CASTELLANOS; DENISE BLACKWELL; BRIAN BROWNLEE;
JOSEPH HOPKINS; TERESA HARRIS

          Plaintiffs

v.

HOUSE OF RAEFORD FARMS, INCORPORATED, d/b/a Columbia Farms,
Incorporated

          Defendant - Appellant

_____

No. 12-1945
(6:09-cv-03137-JMC)

_____

SHIREN JOHNSON; SAMANTHA EARL

      Plaintiffs - Appellees

 and

TAWANA BLANDIN; TERESA CALIXTO; ELODIA CARRERA; ERNADID
GARRIBO CASTILLO; LORENA CASTILLO CORRALE; NATALIE
DORANTES; RUFFINA FELIPE; MARIA DOMINGO GOMEZ; SILVIA
HERNANDEZ; LUCIANO HERNANDEZ LEMOS; MATEO FRANCISCO
LORENZO; ANGEL RODRIGUEZ

      Plaintiffs

v.

HOUSE OF RAEFORD FARMS, INCORPORATED, d/b/a Columbia Farms,
Incorporated

      Defendant - Appellant

_____

No. 12-1946
(6:10-cv-00928-JMC)

_____

JACKIE BLAND; TAMORTHA BRUSTER; MYRTLE BRYSON; ANTONIO
BURTS, a/k/a Antonio Burch; STEVEN CASE

      Plaintiffs - Appellees

v.

HOUSE OF RAEFORD FARMS, INCORPORATED, d/b/a Columbia Farms, Incorporated

     Defendant - Appellant

_____

# J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK